**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**LEMUEL ROBERT HALL**                                          **PLAINTIFF**

              v.            Civil No. 10-4015

**UNITED STATES DISTRICT JUDGE**
**HARRY F. BARNES; UNITED STATES**
**MAGISTRATE JUDGE BARRY BRYANT;**
**and ASSISTANT UNITED STATES**
**ATTORNEY WENDY JOHNSON**                          **DEFENDANTS**

## O R D E R

Now on this 12th day of March, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                        /s/ Jimm Larry Hendren
                                                        **JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**